IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER BARAJAS,** | 2:08-cv-1337 JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL MARTEL, Warden,** | |
| Respondent. | |

On July 30, 2008, respondent filed a request for extension of time in which to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that respondent's July 30, 2008 request is granted; the time for filing Respondent's responsive pleading is extended to September 2, 2008.

Dated: August 4, 2008.

UNITED STATES MAGISTRATE JUDGE

/bara1337.eot

Order

1