IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DAVID BARAJAS,

    Petitioner,        No. 2:08-cv-1337-JFM (HC)

  vs.

MICHAEL MARTEL, Warden,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se. Both parties have consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        For the reasons set forth in the order issued December 16, 2009, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability is denied. <u>See</u> Rule 11, 28 U.S.C. foll. § 2254 (as amended eff. Dec. 1, 2009).

1    IT IS SO ORDERED.

2 DATED: December 17, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001;bara1337.830

2